# Exhibit 1

W. E. Bailey & Son, Inc.
PO Box 467
490 Old US Hwy 74
Chadbourn NC 28431

# STATEMENT

**Statement Date:** Dec 03, 2008
**Customer #:** 2270
**Page:** 1 of 1

Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

| Ship Date | Invoice # | PO # | Invoice Amt | Receipt Date | Received | Balance |
|---|---|---|---|---|---|---|
| Nov 13, 2007 | 120773 | | 3,525.00 | | .00 | 3,525.00 |
| Dec 18, 2007 | 121459 | | 2,537.50 | | .00 | 2,537.50 |
| Jan 02, 2008 | 121658 | | 950.00 | | .00 | 950.00 |
| Jan 07, 2008 | 121755 | | 1,775.00 | | .00 | 1,775.00 |
| Jan 15, 2008 | 121878 | | 1,775.00 | | .00 | 1,775.00 |
| Mar 18, 2008 | 122993 | | 2,750.00 | | .00 | 2,750.00 |
| May 13, 2008 | 123845 | | 3,125.00 | | .00 | 3,125.00 |
| Jun 04, 2008 | 124208 | | 1,975.00 | | .00 | 1,975.00 |
| Jun 11, 2008 | 124326 | | 3,350.00 | | .00 | 3,350.00 |
| Jun 26, 2008 | 124575 | Rod | 1,950.00 | | .00 | 1,950.00 |
| Jul 08, 2008 | 124752 | | 2,825.00 | | .00 | 2,825.00 |
| | | | | | **Total Due:** | **26,537.50** |

| Aging Days: | 0 - 7 | 8 - 14 | 15 - 21 | 22 - 28 | 29 - 9999 | Credits | Total Due |
|---|---|---|---|---|---|---|---|
| | .00 | .00 | .00 | .00 | 26,537.50 | .00 | 26,537.50 |

*If paying by statement, please return a copy of this statement with your remittance - Thank You*

# Wayne E. Bailey Produce Company

| | | |
|---|---|---|
| 24 HOUR TOLL FREE<br>800-845-6149<br>Phone: 910-654-5163<br>Fax: 910-654-5165 | Division of W. E. Bailey & Son Inc.<br>P.O. Box 467<br>Chadbourn, North Carolina 28431 | New Plant Address:<br>490 Old US 74<br>Chadbourn, NC 28431 |

## INVOICE

Invoice #: 120773
Invoice: Nov 13, 2007
Ship: Nov 13, 2007
Pay Terms: Net 10

Sold To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Ship To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Page 1 of 1

Sale Terms: DELIVERED
Order: Nov 13, 2007
Cust PO:

Salesperson: Ronnie Mercer
Via:
Currency: USD

Carrier:
Trailer lic:         St:
Broker:

| Description | Product Of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 40# ctn . Commercial Sampson King Sweet Potatoes | USA | 150 | ctn | 13.50 | 2,025.00 |
| 40# ctn . US#1 Stock Sweet Potatoes | USA | 150 | ctn | 10.00 | 1,500.00 |
| INVOICE | | 300 | | | $3,525.00 |

*Please record invoice number with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Wayne E. Bailey Produce Company

| 24 HOUR TOLL FREE | Division of W. E. Bailey & Son Inc. | New Plant Address: |
|---|---|---|
| 800-845-6149 | P.O. Box 467 | 490 Old US 74 |
| Phone: 910-654-5163 | Chadbourn, North Carolina 28431 | Chadbourn, NC 28431 |
| Fax: 910-654-5165 | | |

## INVOICE

Invoice #: 121459
Invoice: Dec 18, 2007
Ship: Dec 18, 2007
Pay Terms: Net 10

Sold To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Ship To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Page 1 of 1

| Sale Terms: DELIVERED | Salesperson: Ronnie Mercer | Carrier: Abbyland | |
|---|---|---|---|
| Order: Dec 18, 2007 | Via: | Trailer lic: | St: |
| Cust PO: | Currency: USD | Broker: | |

| Description | Product Of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 40# ctn . Jumbo Goodbuy Sweet Potatoes | USA | 100 | ctn | 8.50 | 850.00 |
| 40# ctn Combo US#1 Sampson King Sweet Potatoes | USA | 125 | ctn | 13.50 | 1,687.50 |
| INVOICE | | 225 | | | $2,537.50 |

*Please record invoice number with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Wayne E. Bailey Produce Company

| 24 HOUR TOLL FREE<br>800-845-6149<br>Phone: 910-654-5163<br>Fax: 910-654-5165 | Division of W. E. Bailey & Son Inc.<br>P.O. Box 467<br>Chadbourn, North Carolina 28431 | New Plant Address:<br>490 Old US 74<br>Chadbourn, NC 28431 |

## INVOICE

Invoice #: 121658
Invoice: Jan 02, 2008
Ship: Jan 02, 2008
Pay Terms: Net 10

Sold To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Ship To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Page 1 of 1

Sale Terms: DELIVERED          Salesperson: Ronnie Mercer     Carrier: Regina Transport,Inc.
Order: Jan 02, 2008            Via:                           Trailer lic:           St:
Cust PO:                       Currency: USD                  Broker:

| Description | Product Of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 40# ctn . Jumbo Goodbuy Sweet Potatoes | USA | 50 | ctn | 10.50 | 525.00 |
| 40# ctn . US#2 Goodbuy Sweet Potatoes | USA | 50 | ctn | 8.50 | 425.00 |
| INVOICE | | 100 | | | $950.00 |

*Please record invoice number with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Wayne E. Bailey Produce Company

| 24 HOUR TOLL FREE | Division of W. E. Bailey & Son Inc. | New Plant Address: |
|---|---|---|
| 800-845-6149 | P.O. Box 467 | 490 Old US 74 |
| Phone: 910-654-5163 | Chadbourn, North Carolina 28431 | Chadbourn, NC 28431 |
| Fax: 910-654-5165 | | |

## INVOICE

Invoice #: 121755
Invoice: Jan 07, 2008
Ship: Jan 07, 2008
Pay Terms: Net 10

Sold To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Ship To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Page 1 of 1

Sale Terms: DELIVERED   Salesperson: Ronnie Mercer   Carrier:
Order: Jan 07, 2008   Via:   Trailer lic:   St:
Cust PO:   Currency: USD   Broker:

| Description | Product Of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 40# ctn . Jumbo Goodbuy Sweet Potatoes | USA | 50 | ctn | 8.50 | 425.00 |
| 40# ctn Combo US#1 Sampson King Sweet Potatoes | USA | 100 | ctn | 13.50 | 1,350.00 |
| INVOICE | | 150 | | | $1,775.00 |

*Please record invoice number with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Wayne E. Bailey Produce Company

| | | |
|---|---|---|
| 24 HOUR TOLL FREE<br>**800-845-6149**<br>Phone: 910-654-5163<br>Fax: 910-654-5165 | Division of W. E. Bailey & Son Inc.<br>P.O. Box 467<br>Chadbourn, North Carolina 28431 | New Plant Address:<br>490 Old US 74<br>Chadbourn, NC 28431 |

## INVOICE

Invoice #: 121878
Invoice: Jan 15, 2008
Ship: Jan 15, 2008
Pay Terms: Net 10

Sold To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Ship To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Page 1 of 1

Sale Terms: DELIVERED
Order: Jan 15, 2008
Cust PO:

Salesperson: Ronnie Mercer
Via:
Currency: USD

Carrier:
Trailer lic:           St:
Broker:

| Description | Product Of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 40# ctn Combo US#1 Sampson King Sweet Potatoes | USA | 100 | ctn | 13.50 | 1,350.00 |
| 40# ctn . Jumbo Goodbuy Sweet Potatoes | USA | 50 | ctn | 8.50 | 425.00 |
| INVOICE | | 150 | | | $1,775.00 |

*Please record invoice number with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Wayne E. Bailey Produce Company

| 24 HOUR TOLL FREE<br>800-845-6149<br>Phone: 910-654-5163<br>Fax: 910-654-5165 | Division of W. E. Bailey & Son Inc.<br>P.O. Box 467<br>Chadbourn, North Carolina 28431 | New Plant Address:<br>490 Old US 74<br>Chadbourn, NC 28431 |

## INVOICE

Invoice #: 122993
Invoice: Mar 18, 2008
Ship: Mar 18, 2008
Pay Terms: Net 10

Sold To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Ship To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Page 1 of 1

Sale Terms: DELIVERED  Salesperson: Ronnie Mercer  Carrier: Kraze Trucking LLC
Order: Mar 18, 2008  Via:  Trailer lic:  St:
Cust PO:  Currency: USD  Broker:

| Description | Product Of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 40# ctn . Jumbo Stock Sweet Potatoes | USA | 100 | ctn | 10.00 | 1,000.00 |
| 40# ctn . US#1 La. Playboy Sweet Potatoes | USA | 50 | ctn | 19.50 | 975.00 |
| 40# ctn . US#1 Sampson King Sweet Potatoes | USA | 50 | ctn | 15.50 | 775.00 |
| INVOICE | | 200 | | | $2,750.00 |

*Please record invoice number with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Wayne E. Bailey Produce Company

| 24 HOUR TOLL FREE | Division of W. E. Bailey & Son Inc. | New Plant Address: |
|---|---|---|
| 800-845-6149 | P.O. Box 467 | 490 Old US 74 |
| Phone: 910-654-5163 | Chadbourn, North Carolina 28431 | Chadbourn, NC 28431 |
| Fax: 910-654-5165 | | |

## INVOICE

Invoice #: 123845
Invoice: May 13, 2008
Ship: May 13, 2008
Pay Terms: Net 10

Sold To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Ship To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Page 1 of 1

Sale Terms: DELIVERED   Salesperson: Ronnie Mercer   Carrier: Kraze Trucking LLC
Order: May 13, 2008   Via:   Trailer lic:   St:
Cust PO:   Currency: USD   Broker:

| Description | Product Of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 40# ctn . Jumbo Stock Sweet Potatoes | USA | 50 | ctn | 12.00 | 600.00 |
| 40# ctn Combo US#1 Sampson King Sweet Potatoes | USA | 100 | ctn | 15.50 | 1,550.00 |
| 40# ctn . US#1 Playboy Sweet Potatoes | USA | 50 | ctn | 19.50 | 975.00 |
| INVOICE | | 200 | | | $3,125.00 |

*Please record invoice number with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Wayne E. Bailey Produce Company

| 24 HOUR TOLL FREE | Division of W. E. Bailey & Son Inc. | New Plant Address: |
|---|---|---|
| 800-845-6149 | P.O. Box 467 | 490 Old US 74 |
| Phone: 910-654-5163 | Chadbourn, North Carolina 28431 | Chadbourn, NC 28431 |
| Fax: 910-654-5165 | | |

## INVOICE

Invoice #: 124208
Invoice: Jun 04, 2008
Ship: Jun 04, 2008
Pay Terms: Net 10

Sold To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Ship To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Page 1 of 1

Sale Terms: DELIVERED  Salesperson: Ronnie Mercer  Carrier: K&S Transport Service, LLC
Order: Jun 04, 2008  Via:  Trailer lic:  St:
Cust PO:  Currency: USD  Broker:

| Description | Product Of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 40# ctn . Jumbo Goodbuy Sweet Potatoes | USA | 50 | ctn | 12.50 | 625.00 |
| 40# ctn 6-10 oz US#1 Playboy Sized Sweet Potatoes | USA | 100 | ctn | 13.50 | 1,350.00 |
| INVOICE | | 150 | | | $1,975.00 |

*Please record Invoice number with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Wayne E. Bailey Produce Company

| 24 HOUR TOLL FREE<br>800-845-6149<br>Phone: 910-654-5163<br>Fax: 910-654-5165 | Division of W. E. Bailey & Son Inc.<br>P.O. Box 467<br>Chadbourn, North Carolina 28431 | New Plant Address:<br>490 Old US 74<br>Chadbourn, NC 28431 |
|---|---|---|

## INVOICE

Invoice #: 124326
Invoice: Jun 11, 2008
Ship: Jun 11, 2008
Pay Terms: Net 10

Sold To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Ship To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Page 1 of 1

| Sale Terms: DELIVERED | Salesperson: Ronnie Mercer | Carrier: K&S Transport Service,LLC |
|---|---|---|
| Order: Jun 11, 2008 | Via: | Trailer lic: St: |
| Cust PO: | Currency: USD | Broker: |

| Description | Product Of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 40# ctn 20-24 oz Jumbo Goodbuy Sweet Potatoes | USA | 50 | ctn | 12.50 | 625.00 |
| 40# ctn . US#1 Playboy Sweet Potatoes | USA | 50 | ctn | 20.50 | 1,025.00 |
| 40# ctn . US#1 Sampson King Sweet Potatoes | USA | 100 | ctn | 17.00 | 1,700.00 |
| INVOICE | | 200 | | | $3,350.00 |

*Please record invoice number with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Wayne E. Bailey Produce Company

| 24 HOUR TOLL FREE | Division of W. E. Bailey & Son Inc. | New Plant Address: |
|---|---|---|
| 800-845-6149 | P.O. Box 467 | 490 Old US 74 |
| Phone: 910-654-5163 | Chadbourn, North Carolina 28431 | Chadbourn, NC 28431 |
| Fax: 910-654-5165 | | |

## INVOICE

Invoice #: **124575**
Invoice: Jun 26, 2008
Ship: Jun 26, 2008
Pay Terms: Net 10

Sold To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Ship To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Page 1 of 1

Sale Terms: DELIVERED
Order: Jun 26, 2008
Cust PO: Rod

Salesperson: Ronnie Mercer
Via:
Currency: USD

Carrier: K&S Transport Service, LLC
Trailer lic: St:
Broker:

| Description | Product Of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 40# ctn . Jumbo Goodbuy Sweet Potatoes | USA | 75 | ctn | 12.50 | 937.50 |
| 40# ctn 6-10 oz US#1 Playboy Sized Sweet Potatoes | USA | 75 | ctn | 13.50 | 1,012.50 |
| INVOICE | | 150 | | | $1,950.00 |

*Please record invoice number with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Wayne E. Bailey Produce Company

| 24 HOUR TOLL FREE | Division of W. E. Bailey & Son Inc. | New Plant Address: |
|---|---|---|
| 800-845-6149 | P.O. Box 467 | 490 Old US 74 |
| Phone: 910-654-5163 | Chadbourn, North Carolina 28431 | Chadbourn, NC 28431 |
| Fax: 910-654-5165 | | |

## INVOICE

Invoice #: 124752
Invoice: Jul 08, 2008
Ship: Jul 08, 2008
Pay Terms: Net 10

Sold To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Ship To: Flatow Riley Inc
2801 Spring Grove Ave
Cincinnati OH 45225

Page 1 of 1

| Sale Terms: DELIVERED | Salesperson: Ronnie Mercer | Carrier: | |
|---|---|---|---|
| Order: Jul 08, 2008 | Via: | Trailer lic: | St: |
| Cust PO: | Currency: USD | Broker: | |

| Description | Product Of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 40# ctn . Jumbo Goodbuy Sweet Potatoes | USA | 50 | ctn | 12.50 | 625.00 |
| 40# ctn 6-10 oz US#1 Playboy Sized Sweet Potatoes | USA | 100 | ctn | 13.50 | 1,350.00 |
| 40# ctn Combo US#1 Sampson King Sweet Potatoes | USA | 50 | ctn | 17.00 | 850.00 |
| INVOICE | | 200 | | | $2,825.00 |

*Please record invoice number with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.