Exhibit 2



P.O. Box 1166
Bonita Springs, Florida 34133-1166

# INVOICE  #1

| | |
|---|---|
| Invoice Number: | 203682 |
| Invoice Date: | 02/26/08 |
| Booking Number: | 203682 |
| Buyers PO Number: | |

Sold To:

FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH  45225

Ship To:

FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH  45225

| | | | |
|---|---|---|---|
| Sales Office: ROBT | Carrier: MCFARLAND TRK. | Date Shipped: 02/22/08 | |
| Freight Terms: FOB | License Number: 621156 IN. | Payment Term: PACA NET 10 | |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| VINE MATURE TOM    25 # BOX    BEEFSTAKE    5X6 | 640 | 10.00 | 6,400.00 |
| VINE MATURE TOM    25 # BOX    BEEFSTAKE    6X6 | 160 | 10.00 | 1,600.00 |
| HAND/ENVIRONMENT | 800 | 1.65 | 1,320.00 |

DISCLAIMER: SUITABLE SHIPPING CONDITIONS
APPLY, EXCEPT FOR MOLDY STEM, DECAY
STEM, AND ABNORMAL DISCOLORATION.

**TOTALS**      800      9,320.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(C)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.

ADDITIONAL TERMS: All Claims must be substantiated by a USDA inspection and the problem must be reported in writing to the seller within 24 hours after receipt.  Interest will accrue on any past-due balance at the rate of 1 and 1/2% per month (18% per annum).  Buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction in the event collection action becomes necessary. PAYMENT TERMS:  PACA FULL PAYMENT PROMPTLY.

Please return this portion with payment

Sold To:
FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH  45225

Invoice Number: 203682
Booking Number: 203682
Invoice Date: 02/26/08

Date Shipped: 02/22/08
Sales Office: ROBT
Total Due: 9,320.00

P.O. Box 1166, Bonita Springs, Florida 34133-1166      (239) 597-3131   Fax (239) 597-2795



# INVOICE

# 2

P.O. Box 1166
Bonita Springs, Florida 34133-1166

| | |
|---|---|
| Invoice Number: | 204517 |
| Invoice Date: | 03/15/08 |
| Booking Number: | 204517 |
| Buyers PO Number: | |

Sold To:

FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH 45225

Ship To:

FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH 45225

| | | | |
|---|---|---|---|
| Sales Office: ROBT | Carrier: JENNINGS | | Date Shipped: 03/07/08 |
| Freight Terms: FOB | License Number: 047119 KY. | | Payment Term: PACA NET 10 |

| Description | | | | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| CHERRY TOMATO | FLAT | NEOPOLITAN | A | 128 | 7.00 | 896.00 |
| HAND/ENVIRONMENT | | | | 128 | 1.65 | 211.20 |
| VINE MATURE TOM | 25 # BOX | BEEFSTAKE | 5X6 | 320 | 18.00 | 5,760.00 |
| VINE MATURE TOM | 25 # BOX | BEEFSTAKE | 6X6 | 80 | 18.00 | 1,440.00 |
| HAND/ENVIRONMENT | | | | 400 | 1.65 | 660.00 |

DISCLAIMER: SUITABLE SHIPPING CONDITIONS APPLY, EXCEPT FOR MOLDY STEM, DECAY STEM, AND ABNORMAL DISCOLORATION.

## TOTALS          528          8,967.20

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.

ADDITIONAL TERMS: All Claims must be substantiated by a USDA inspection and the problem must be reported in writing to the seller within 24 hours after receipt. Interest will accrue on any past-due balance at the rate of 1 and 1/2% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction in the event collection action becomes necessary. PAYMENT TERMS: PACA FULL PAYMENT PROMPTLY.

Please return this portion with payment

Sold To:
FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH 45225

Invoice Number: 204517
Booking Number: 204517
Invoice Date: 03/15/08

Date Shipped: 03/07/08
Sales Office: ROBT
Total Due: 8,967.20

P.O. Box 1166, Bonita Springs, Florida 34133-1166     (239) 597-3131   Fax (239) 597-2795



# INVOICE

#3

P.O. Box 1166
Bonita Springs, Florida 34133-1166

| | |
|---|---|
| Invoice Number: | 204945 |
| Invoice Date: | 03/15/08 |
| Booking Number: | 204945 |
| Buyers PO Number: | |

Sold To:

FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH 45225

Ship To:

FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH 45225

| | | | |
|---|---|---|---|
| Sales Office: ROBT | Carrier: WIRTN TRASN | Date Shipped: 03/14/08 | |
| Freight Terms: FOB | License Number: 12218 IN | Payment Term: PACA NET 10 | |

| Description | | | | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| VINE MATURE TOM | 25 # BOX | HOME GROWN | 5X6 | 480 | 14.00 | 6,720.00 |
| VINE MATURE TOM | 25 # BOX | HOME GROWN | 6X6 | 160 | 14.00 | 2,240.00 |
| HAND/ENVIRONMENT | | | | 640 | 1.65 | 1,056.00 |

\*\*\*\*\*\*\*\*\*
THIS IS A REVISED INVOICE
\*\*\*\*\*\*\*\*\*

## TOTALS             640             10,016.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.

ADDITIONAL TERMS: All Claims must be substantiated by a USDA inspection and the problem must be reported in writing to the seller within 24 hours after receipt. Interest will accrue on any past-due balance at the rate of 1 and 1/2% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction in the event collection action becomes necessary. PAYMENT TERMS: PACA FULL PAYMENT PROMPTLY.

Please return this portion with payment

Sold To:

FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH 45225

Invoice Number: 204945
Booking Number: 204945
Invoice Date: 03/15/08

Date Shipped: 03/14/08
Sales Office: ROBT
Total Due: 10,016.00

P.O. Box 1166, Bonita Springs, Florida 34133-1166          (239) 597-3131   Fax (239) 597-2795



# INVOICE  #4

P.O. Box 1166
Bonita Springs, Florida 34133-1166

Invoice Number: 205164
Invoice Date: 03/18/08
Booking Number:
Buyers PO Number: 205164

Sold To:
FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH  45225

Ship To:
FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH  45225

Sales Office:   Carrier:   Date Shipped:
Freight Terms: ROBT FOB   License Number: MCFARLAND TRK. 621157 TN   Payment Term: 03/18/08 PACA NET 10

| Description | | | | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| VINE MATURE TOM | 25 # BOX | BEEFSTAKE | 5X6 | 480 | 16.00 | 7,680.00 |
| VINE MATURE TOM | 25 # BOX | HOME GROWN | 6X6 | 160 | 14.00 | 2,240.00 |
| HAND/ENVIRONMENT | | | | 640 | 1.65 | 1,056.00 |

DISCLAIMER: SUITABLE SHIPPING CONDITIONS
APPLY, EXCEPT FOR MOLDY STEM, DECAY
STEM, AND ABNORMAL DISCOLORATION.

## TOTALS
640          10,976.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.

ADDITIONAL TERMS: All Claims must be substantiated by a USDA inspection and the problem must be reported in writing to the seller within 24 hours after receipt. Interest will accrue on any past-due balance at the rate of 1 and 1/2% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction in the event collection action becomes necessary. PAYMENT TERMS: PACA FULL PAYMENT PROMPTLY.

Please return this portion with payment

Sold To:
FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH  45225

Invoice Number: 205164
Booking Number: 205164
Invoice Date: 205164
03/18/08

Date Shipped: 03/18/08
Sales Office:
Total Due  ROBT
10,976.00

P.O. Box 1166, Bonita Springs, Florida 34133-1166    (239) 597-3131    Fax (239) 597-2795



#5

**INVOICE**

P.O. Box 1166
Bonita Springs, Florida 34133-1166

| | |
|---|---|
| Invoice Number: | 205292 |
| Invoice Date: | 03/29/08 |
| Booking Number: | 205292 |
| Buyers PO Number: | |

Sold To:

FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH  45225

Ship To:

FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH  45225

| | | | |
|---|---|---|---|
| Sales Office: ROBT | Carrier: CLASSIC BULK | Date Shipped: 03/25/08 | |
| Freight Terms: FOB | License Number: 11294 IN. | Payment Term: PACA NET 10 | |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| VINE MATURE TOM    25 # BOX    HOME GROWN    5X6 | 560 | 10.00 | 5,600.00 |
| VINE MATURE TOM    25 # BOX    HOME GROWN    6X6 | 160 | 9.00 | 1,440.00 |
| HAND/ENVIRONMENT | 720 | 1.65 | 1,188.00 |

DISCLAIMER: SUITABLE SHIPPING CONDITIONS
APPLY, EXCEPT FOR MOLDY STEM, DECAY
STEM, AND ABNORMAL DISCOLORATION.

**TOTALS**  720  8,228.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.

ADDITIONAL TERMS: All Claims must be substantiated by a USDA inspection and the problem must be reported in writing to the seller within 24 hours after receipt. Interest will accrue on any past-due balance at the rate of 1 and 1/2% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction in the event collection action becomes necessary. PAYMENT TERMS: PACA FULL PAYMENT PROMPTLY.

Please return this portion with payment

Sold To:
FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH  45225

Invoice Number: 205292
Booking Number: 205292
Invoice Date: 03/29/08

Date Shipped: 03/25/08
Sales Office: ROBT
Total Due: 8,228.00

P.O. Box 1166, Bonita Springs, Florida 34133-1166   (239) 597-3131   Fax (239) 597-2795



# INVOICE

| | |
|---|---|
| Invoice Number: | 205676 |
| Invoice Date: | 03/31/08 |
| Booking Number: | 205676 |
| Buyers PO Number: | |

P.O. Box 1166
Bonita Springs, Florida 34133-1166

Sold To:

FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH 45225

Ship To:

FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH 45225

| | | |
|---|---|---|
| Sales Office: | Carrier: | Date Shipped: |
| Freight Terms: ROBT FOB | License Number: JENNINGS TRK. 047132 KY. | Payment Term: 03/31/08 PACA NET 10 |

| Description | | | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| VINE MATURE TOM | 25 # BOX | BEEFSTAKE | 5X6  640 | 12.00 | 7,680.00 |
| VINE MATURE TOM | 25 # BOX | BEEFSTAKE | 6X6  160 | 11.00 | 1,760.00 |
| HAND/ENVIRONMENT | | | 800 | 1.65 | 1,320.00 |

DISCLAIMER: SUITABLE SHIPPING CONDITIONS
APPLY, EXCEPT FOR MOLDY STEM, DECAY
STEM, AND ABNORMAL DISCOLORATION.

## TOTALS    800        10,760.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.

ADDITIONAL TERMS: All Claims must be substantiated by a USDA inspection and the problem must be reported in writing to the seller within 24 hours after receipt. Interest will accrue on any past-due balance at the rate of 1 and 1/2% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction in the event collection action becomes necessary. PAYMENT TERMS: PACA FULL PAYMENT PROMPTLY.

Please return this portion with payment

Sold To:
FLATOW-RILEY, INC.
2801 SPRING GROVE AVE
CINCINNATI, OH 45225

Invoice Number: 205676
Booking Number: 205676
Invoice Date: 03/31/08

Date Shipped: 03/31/08
Sales Office: ROBT
Total Due: 10,760.00

P.O. Box 1166, Bonita Springs, Florida 34133-1166    (239) 597-3131  Fax (239) 597-2795



# INVOICE

**P.O. Box 1166**
Bonita Springs, Florida 34133-1166

| | |
|---|---|
| Invoice Number: | 206211 |
| Invoice Date: | 04/12/08 |
| Booking Number: | 206211 |
| Buyers PO Number: | |

Sold To:  
FLATOW-RILEY, INC.  
2801 SPRING GROVE AVE  
CINCINNATI, OH 45225

Ship To:  
FLATOW-RILEY, INC.  
2801 SPRING GROVE AVE  
CINCINNATI, OH 45225

| | | | |
|---|---|---|---|
| Sales Office: ROBT | Carrier: JENNINGS TRUCKI | | Date Shipped: 04/09/08 |
| Freight Terms: FOB | License Number: 048491 KY. | | Payment Term: PACA NET 10 |

| Description | | | | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| VINE MATURE TOM | 25 # BOX | BEEFSTAKE | 5X6 | 400 | 12.00 | 4,800.00 |
| VINE MATURE TOM | 25 # BOX | BEEFSTAKE | 6X6 | 400 | 11.00 | 4,400.00 |
| VINE MATURE TOM | 25 # BOX | HOME GROWN | 5X6 | 80 | 12.00 | 960.00 |
| HAND/ENVIRONMENT | | | | 880 | 1.65 | 1,452.00 |
| CHERRY TOMATO | FLAT | NEOPOLITAN | A | 128 | 14.00 | 1,792.00 |
| HAND/ENVIRONMENT | | | | 128 | 1.65 | 211.20 |

DISCLAIMER: SUITABLE SHIPPING CONDITIONS APPLY, EXCEPT FOR MOLDY STEM, DECAY STEM, AND ABNORMAL DISCOLORATION.

| | | |
|---|---|---|
| **TOTALS** | 1,008 | 13,615.20 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.

ADDITIONAL TERMS: All Claims must be substantiated by a USDA inspection and the problem must be reported in writing to the seller within 24 hours after receipt. Interest will accrue on any past-due balance at the rate of 1 and 1/2% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connection with this transaction in the event collection action becomes necessary. PAYMENT TERMS: PACA FULL PAYMENT PROMPTLY.

Please return this portion with payment

Sold To:  
FLATOW-RILEY, INC.  
2801 SPRING GROVE AVE  
CINCINNATI, OH 45225

| | |
|---|---|
| Invoice Number: 206211 | Date Shipped: 04/09/08 |
| Booking Number: 206211 | Sales Office: ROBT |
| Invoice Date: 04/12/08 | Total Due: 13,615.20 |

P.O. Box 1166, Bonita Springs, Florida 34133-1166   (239) 597-3131   Fax (239) 597-2795