# Exhibit "A"

# FRESH LOGISTICS
## v.
## FLATOW RILEY

## TRUST CHART

| Invoice Number | Transaction Date | Invoice Date | Payment Due Date 10 Days | Invoice Amount | No. of Days Overdue 7/30/2010 | Accrued Interest* 18% | Trust Amount |
|---|---|---|---|---|---|---|---|
| 988824 | 4/18/2008 | 4/18/2008 | 4/28/2008 | $ 4,740.15 | 823 | $ 1,923.85 | $ 6,664.00 |
| 988824 | 4/18/2008 | 4/18/2008 | 4/28/2008 | $ (2,370.07) | 823 | $ (961.92) | $ (3,331.99) |
| 991979 | 4/30/2008 | 4/30/2008 | 5/10/2008 | $ 5,231.90 | 811 | $ 2,092.47 | $ 7,324.37 |
| 994617 | 5/10/2008 | 5/10/2008 | 5/20/2008 | $ 5,446.95 | 801 | $ 2,151.62 | $ 7,598.57 |
| 996864 | 5/16/2008 | 5/16/2008 | 5/26/2008 | $ 4,349.65 | 795 | $ 1,705.30 | $ 6,054.95 |
| | | Sub-Totals | | $ 17,398.58 | | $6,911.32 | $ 24,309.90 |

Estimate Attorneys' Fees = $ 2,000.00

=TOTAL CLAIM $ 26,309.90

* Additional daily interest accruing from above date $ 8.58

# FreshLogistics
*an affiliate of Bolthouse Farms*

7200 E. Brundage Lane
Bakersfield CA, 93307-3099
Tel: (661) 616-1930 Fax: (661) 366-2452

## INVOICE

Page 1 of 1

| Invoice # | 988824 |
|---|---|
| Purchase Order # | |
| Purchase Order # | |
| Carrier | |

| Invoice Date | 04/18/08 |
|---|---|
| Ship Date | 04/18/08 |
| Terms | Net 10 Days |
| Trailer Lic # | |

**Sold To:**
Flatow-Riley Inc
2801 Spring Grove Ave
Cincinnati, OH 45225-2222

**Ship To:**
Flatow-Riley Inc
2801 Spring Grove Ave
Cincinnati, OH 45225-2222

**Notify:**
Robert Kasavan Marketing
PO Box 1952
Salinas, CA 93902-1952

| Quantity | Commodity | FOB Price | Amount |
|---|---|---|---|
| 15 | Poly Bag of Bolthouse Farms 24/2 lb Cello Carrots* | 13.8500 | $207.75 |
| 25 | Carton of Matchstix 24/10 oz Carrots* | 11.0000 | $275.00 |
| 160 | Carton of Bolthouse Farms 200/1.3 oz Fresh Peeled Carrots* | 12.5000 | $2,000.00 |
| 10 | Carton of Bolthouse Farms 2 dz Bunch Carrots* | 8.5000 | $85.00 |
| 93 | Carton of Bolthouse Farms 30/1 lb Fresh Peeled Carrots* | 18.0500 | $1,678.65 |
| 25 | Carton of Bolthouse Farms 15/2 lb Fresh Peeled Carrots* | 18.0500 | $451.25 |
| 5 | Pallets | 8.5000 | $42.50 |

* Product of USA.

Invoice Total **$4,740.15**
US Funds

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Should any action be commenced between the parties to this contract concerning the sums due or the rights and duties of any party, the prevailing party shall be entitled to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing such action and/or enforcing any judgment granted therein.
1.5% per month will be charge on past due accounts (18% annual percentage rate).
The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates or other programs.

# FreshLogistics
*an affiliate of Bolthouse Farms*

7200 E. Brundage Lane
Bakersfield CA, 93307-3099
Tel: (661) 616-1930  Fax: (661) 366-2452

# INVOICE

Page 1 of 1

| Invoice # | 991979 |
|---|---|
| Purchase Order # | |
| Purchase Order # | |
| Carrier | |

| Invoice Date | 04/30/08 |
|---|---|
| Ship Date | 04/30/08 |
| Terms | Net 10 Days |
| Trailer Lic # | |

**Sold To:**
Flatow-Riley Inc
2801 Spring Grove Ave
Cincinnati, OH 45225-2222

**Ship To:**
Flatow-Riley Inc
2801 Spring Grove Ave
Cincinnati, OH 45225-2222

**Notify:**
Robert Kasavan Marketing
PO Box 1952
Salinas, CA 93902-1952

| Quantity | Commodity | FOB Price | Amount |
|---|---|---|---|
| 15 | Poly Bag of Bolthouse Farms 48/1 lb Cello Carrots* | 14.8500 | $222.75 |
| 15 | Poly Bag of Bolthouse Farms 10/5 lb Cello Carrots* | 13.8500 | $207.75 |
| 30 | Carton of Matchstix 24/10 oz Carrots* | 11.0000 | $330.00 |
| 140 | Carton of Bolthouse Farms 200/1.3 oz Fresh Peeled Carrots* | 12.5000 | $1,750.00 |
| 10 | Carton of Bolthouse Farms 2 dz Bunch Carrots* | 8.5000 | $85.00 |
| 93 | Carton of Bolthouse Farms 30/1 lb Fresh Peeled Carrots* | 18.0500 | $1,678.65 |
| 30 | Carton of Bolthouse Farms 15/2 lb Fresh Peeled Carrots* | 18.0500 | $541.50 |
| 15 | Poly Bag of Earthbound Farms 24/2 lb Organic Cello Carrots* | 24.3500 | $365.25 |
| 6 | Pallets | 8.5000 | $51.00 |
| | CDFA Organic Registration #15-0101 A | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Should any action be commenced between the parties to this contract concerning the sums due or the rights and duties of any party, the prevailing party shall be entitled to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing such action and/or enforcing any judgment granted therein.
1.5% per month will be charged on past due accounts (18% annual percentage rate).
The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates or other programs.

* Product of USA.

**Invoice Total** $5,231.90
US Funds

# FreshLogistics
*an affiliate of Bolthouse Farms*

7200 E. Brundage Lane
Bakersfield CA, 93307-3099
Tel: (661) 616-1930  Fax: (661) 366-2452

## INVOICE

Page 1 of 1

| Invoice # | 994617 |
|---|---|
| Purchase Order # | 032677 |
| Purchase Order # | |
| Carrier | |

| Invoice Date | 05/10/08 |
|---|---|
| Ship Date | 05/10/08 |
| Terms | Net 10 Days |
| Trailer Lic # | |

**Sold To:**
Flatow-Riley Inc
2801 Spring Grove Ave
Cincinnati, OH 45225-2222

**Ship To:**
Flatow-Riley Inc
2801 Spring Grove Ave
Cincinnati, OH 45225-2222

**Notify:**
Robert Kasavan Marketing
PO Box 1952
Salinas, CA 93902-1952

| Quantity | Commodity | FOB Price | Amount |
|---|---|---|---|
| 15 | Poly Bag of Bolthouse Farms 24/2 lb Cello Carrots* | 13.8500 | $207.75 |
| 30 | Carton of Matchstix 24/10 oz Carrots* | 11.0000 | $330.00 |
| 130 | Carton of Bolthouse Farms 200/1.3 oz Fresh Peeled Carrots* | 12.5000 | $1,625.00 |
| 10 | Carton of Bolthouse Farms 2 dz Bunch Carrots* | 8.5000 | $85.00 |
| 126 | Carton of Bolthouse Farms 30/1 lb Fresh Peeled Carrots* | 18.0500 | $2,274.30 |
| 30 | Carton of Bolthouse Farms 15/2 lb Fresh Peeled Carrots* | 18.0500 | $541.50 |
| 14 | Poly Bag of Earthbound Farms 24/2 lb Organic Cello Carrots* | 24.3500 | $340.90 |
| 5 | Pallets | 8.5000 | $42.50 |
| | CDFA Organic Registration #15-0101 A | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Should any action be commenced between the parties to this contract concerning the sums due or the rights and duties of any party, the prevailing party shall be entitled to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing such action and/or enforcing any judgment granted therein.
1.5% per month will be charge on past due accounts (18% annual percentage rate).
The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates or other programs.

*Product of USA.

| | |
|---|---|
| Invoice Total | **$5,446.95** |
| | US Funds |

# INVOICE

**FreshLogistics**
an affiliate of Bolthouse Farms

7200 E. Brundage Lane
Bakersfield CA, 93307-3099
Tel: (661) 616-1930  Fax: (661) 366-2452

Page 1 of 1

| Invoice # | 996864 | | Invoice Date | 05/16/08 |
|---|---|---|---|---|
| Purchase Order # | | | Ship Date | 05/16/08 |
| Purchase Order # | | | Terms | Net 10 Days |
| Carrier | | | Trailer Lic # | |

**Sold To:**
Flatow-Riley Inc
2801 Spring Grove Ave
Cincinnati, OH 45225-2222

**Ship To:**
Flatow-Riley Inc
2801 Spring Grove Ave
Cincinnati, OH 45225-2222

**Notify:**
Robert Kasavan Marketing
PO Box 1952
Salinas, CA 93902-1952

| Quantity | Commodity | FOB Price | Amount |
|---:|---|---:|---:|
| 22 | Carton of Matchstix 24/10 oz Carrots* | 11.0000 | $242.00 |
| 85 | Carton of Bolthouse Farms 200/1.3 oz Fresh Peeled Carrots* | 12.5000 | $1,062.50 |
| 10 | Carton of Bolthouse Farms 2 dz Bunch Carrots* | 8.5000 | $85.00 |
| 93 | Carton of Bolthouse Farms 30/1 lb Fresh Peeled Carrots* | 18.0500 | $1,678.65 |
| 30 | Carton of Bolthouse Farms 15/2 lb Fresh Peeled Carrots* | 18.0500 | $541.50 |
| 10 | Poly Bag of Earthbound Farms 24/2 lb Organic Cello Carrots* | 24.3500 | $243.50 |
| 15 | Poly Bag of Bolthouse Farms 48/1 lb Cello Carrots* | 14.8500 | $222.75 |
| 15 | Poly Bag of Bolthouse Farms 10/5 lb Cello Carrots* | 13.8500 | $207.75 |
| 5 | Pallets | 8.5000 | $42.50 |
| 1 | Ryan Recorder | 23.5000 | $23.50 |
| | CDFA Organic Registration #15-0101 A | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Should any action be commenced between the parties to this contract concerning the sums due or the rights and duties of any party, the prevailing party shall be entitled to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing such action and/or enforcing any judgment granted therein.
1.0% per month will be charge on past due accounts (12% annual percentage rate).
The prices reflected on this invoice may be subject to promotional allowances, volume discounts, corporate rebates or other programs.

* Product of USA.

| Invoice Total | $4,349.65 |
|---|---:|
| | US Funds |