Exhibit "A"

# MASS PRODUCE
## v.
## FLATOW RILEY

## TRUST CHART

| Invoice Number | Transaction Date | Invoice Date | Payment Due Date 10 Days | Invoice Amount | No. of Days Overdue 7/30/2010 | Accrued Interest* 10% | Trust Amount |
|---|---|---|---|---|---|---|---|
| 5014B | 2/29/2008 | 3/1/2008 | 3/11/2008 | $ 1,860.00 | 871 | $ 443.85 | $ 2,303.85 |
| 5022A | 3/4/2008 | 3/4/2008 | 3/14/2008 | $ 909.00 | 868 | $ 216.17 | $ 1,125.17 |
| 5031B | 3/11/2008 | 3/11/2008 | 3/21/2008 | $ 1,540.00 | 861 | $ 363.27 | $ 1,903.27 |
| 5239B | 10/2/2008 | 10/2/2008 | 10/12/2008 | $ 950.00 | 656 | $ 170.74 | $ 1,120.74 |
| | Sub-Totals | | | $ 5,259.00 | | $ 1,194.03 | $ 6,453.03 |

=TOTAL CLAIM   $ 6,453.03

*Additional daily interest accruing from above date*   $ 1.44

**MASS PRODUCE, INC.**
FRUITS AND VEGETABLES
1300 SKOKIE HWY, STE. 101
GURNEE, IL 60031
ALL PHONES: (847) 782-0390
Fax: (847) 782-0480

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 5014B | | 03/01/08 | 00604 |

**INVOICE**

| WORK ORDER NO. | B.O. |
|---|---|

| | | | | |
|---|---|---|---|---|
| **SOLD TO** | FLATOW-RILEY INC.<br>2801 SPRING GROVE AVE.<br>CINCINNATI, OH 45225 | | **SHIP TO** | FLATOW-RILEY INC.<br>2801 SPRING GROVE AVE.<br>CINCINNATI, OH 45225 |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 02/29/08 | 32141 | G.W. BURNETT | DELIVERED | NET 21 DAYS |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| | 02/29/08 | 00001 | MATTHEW MASSRUHA | USA |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| VGCA5 | 8X LARGE GREEN CABBAGE | 280 | | 280 | 5.50 | 1540.00 | |
| VGCA8 | 5X RED CABBAGE | 40 | | 40 | 8.00 | 320.00 | |
| ARR | FULL PROTECTION ON 5X RED<br>ARRIVAL DATE<br>03-03-08 | | | | | | |

"THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499 (E) (C) ).
THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED."

| SUBTOTAL | | | 1860.00 |
|---|---|---|---|
| 1860.00 | INVOICE NO.<br>5014B | PLEASE REMIT<br>THIS AMOUNT | |

DUPLICATE

**MASS PRODUCE, INC.**
FRUITS AND VEGETABLES
1300 SKOKIE HWY, STE. 101
GURNEE, IL 60031
ALL PHONES: (847) 782-0390
Fax: (847) 782-0480

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 5022A | | 03/04/08 | 00604 |

**INVOICE**

WORK ORDER NO. | B.O.

**SOLD TO:**
FLATOW-RILEY INC.
2801 SPRING GROVE AVE.
CINCINNATI, OH 45225

**SHIP TO:**
FLATOW-RILEY INC.
2801 SPRING GROVE AVE.
CINCINNATI, OH 45225

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 03/04/08 | 32187 | SHIPPER | FOB S/P | NET 21 DAYS |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| | 03/04/08 | 00001 | MATTHEW MASSRUHA | USA |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| VGCA2 | BOX MEDIUM GREEN CABBAGE | 105 | | 105 | 6.00 | 630.00 | |
| VGCA6 | BOX RED CABBAGE | 20 | | 20 | 8.50 | 170.00 | |
| VGCA7 | BOX SAVOY CABBAGE | 10 | | 10 | 8.50 | 85.00 | |
| PAL | PALLETS | 4 | | 4 | 6.00 | 24.00 | |
| PU | PICK-UP DATE 03-04-08 | | | | | | |

"THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499 (E (C) ). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED."

SUBTOTAL
909.00

909.00

INVOICE NO.
5022A

PLEASE REMIT
THIS AMOUNT

**DUPLICATE**

**MASS PRODUCE, INC.**
FRUITS AND VEGETABLES
1300 SKOKIE HWY, STE. 101
GURNEE, IL 60031
ALL PHONES: (847) 782-0390
Fax: (847) 782-0480

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 5031B | | 03/11/08 | 00604 |

**INVOICE**

| WORK ORDER NO. | B.O. |
|---|---|

SOLD TO:
FLATOW-RILEY INC.
2801 SPRING GROVE AVE.
CINCINNATI, OH 45225

SHIP TO:
FLATOW-RILEY INC.
2801 SPRING GROVE AVE.
CINCINNATI, OH 45225

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 03/11/08 | 32240 | SHIPPER | DELIVERED | NET 21 DAYS |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| | 03/11/08 | 00001 | MATTHEW MASSRUHA | USA |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| VGCA5 | SX LARGE GREEN CABBAGE | 280 | | 280 | 5.50 | 1540.00 | |
| ARR | ARRIVAL DATE 03-12-08 | | | | | | |

"THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499 (E)(C)).
THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED."

SUBTOTAL: 1540.00

INVOICE NO. 5031B

1540.00
PLEASE REMIT THIS AMOUNT

DUPLICATE

**MASS PRODUCE, INC.**
FRUITS AND VEGETABLES
1300 SKOKIE HWY, STE. 101
GURNEE, IL 60031
ALL PHONES: (847) 782-0390
Fax: (847) 782-0480

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 5239B | | 10/02/08 | 00604 |

**INVOICE**

| WORK ORDER NO. | B.O. |
|---|---|

SOLD TO:
FLATOW-RILEY INC.
2801 SPRING GROVE AVE.
CINCINNATI, OH 45225

SHIP TO:
FLATOW-RILEY INC.
2801 SPRING GROVE AVE.
CINCINNATI, OH 45225

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 10/02/08 | 33891 | SHIPPER | DELIVERED | NET 21 DAYS |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | | | | TERRITORY |
|---|---|---|---|---|---|---|---|
| | 10/02/08 | 00001 | MATTHEW MASSRUHA | | | | USA |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORD. | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| VGCA5 | 8X LARGE GREEN CABBAGE | 200 | | 200 | 4.75 | 950.00 | |
| ARR | ARRIVAL DATE 10-03-08 | | | | | | |

"THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499 (E (C) ). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED."

**SUBTOTAL** 950.00

950.00

**INVOICE NO.** 5239B

**PLEASE REMIT THIS AMOUNT**

ALTEC PRODUCTS, INC. 1 (800) 333-5100 (949) 727-1240 FAX: (949) 727-1263

DUPLICATE