Exhibit "A"

# MICHAEL FARMS
## v.
## FLATOW RILEY

## TRUST CHART

| Invoice Number | Transaction Date | Invoice Date | Payment Due Date 10 Days | Invoice Amount | No. of Days Overdue 7/30/2010 | Accrued Interest* 10% | Trust Amount |
|---|---|---|---|---|---|---|---|
| 9273 | 8/17/2006 | 8/17/2006 | 8/27/2006 | $ 7,444.50 | 1433 | $ 2,922.73 | $ 10,367.23 |
| 9273 | 8/17/2006 | 8/17/2006 | 8/27/2006 | $ (4,239.00) | 1433 | $ (1,664.24) | $ (5,903.24) |
| 9376 | 8/24/2006 | 8/24/2006 | 9/3/2006 | $ 8,845.00 | 1426 | $ 3,455.61 | $ 12,300.61 |
| 9487 | 9/1/2006 | 9/1/2006 | 9/11/2006 | $ 5,716.50 | 1418 | $ 2,220.82 | $ 7,937.32 |
| 9487 | 9/1/2006 | 9/1/2006 | 9/11/2006 | $ (5,354.63) | 1418 | $ (2,080.24) | $ (7,434.87) |
| 9592 | 9/9/2006 | 9/9/2006 | 9/19/2006 | $ 6,197.00 | 1410 | $ 2,393.91 | $ 8,590.91 |
| 9592 | 9/9/2006 | 9/9/2006 | 9/19/2006 | $ (5,839.25) | 1410 | $ (2,255.71) | $ (8,094.96) |
| 9744 | 9/22/2006 | 9/22/2006 | 10/2/2006 | $ 6,015.00 | 1397 | $ 2,302.18 | $ 8,317.18 |
| 9744 | 9/22/2006 | 9/22/2006 | 10/2/2006 | $ (1,075.00) | 1397 | $ (411.45) | $ (1,486.45) |
| 10314 | 6/27/2007 | 6/27/2007 | 7/7/2007 | $ 1,490.00 | 1119 | $ 456.80 | $ 1,946.80 |
| 10314 | 6/27/2007 | 6/27/2007 | 7/7/2007 | $ (1,310.00) | 1119 | $ (401.61) | $ (1,711.61) |
| 10534 | 7/21/2007 | 7/21/2007 | 7/31/2007 | $ 6,375.00 | 1095 | $ 1,912.50 | $ 8,287.50 |
| 10836 | 7/31/2007 | 7/31/2007 | 8/10/2007 | $ 4,117.50 | 1085 | $ 1,223.97 | $ 5,341.47 |
| 11006 | 8/7/2007 | 8/7/2007 | 8/17/2007 | $ 3,700.00 | 1078 | $ 1,092.77 | $ 4,792.77 |
| 11035 | 8/9/2007 | 8/9/2007 | 8/19/2007 | $ 3,184.50 | 1076 | $ 938.77 | $ 4,123.27 |
| 11071 | 8/11/2007 | 8/11/2007 | 8/21/2007 | $ 3,402.50 | 1074 | $ 1,001.17 | $ 4,403.67 |
| 11098 | 8/14/2007 | 8/14/2007 | 8/24/2007 | $ 3,653.50 | 1071 | $ 1,072.03 | $ 4,725.53 |
| 10942 | 8/11/2007 | 8/11/2007 | 8/21/2007 | $ 3,261.25 | 1074 | $ 959.61 | $ 4,220.86 |
| 10964 | 8/18/2007 | 8/18/2007 | 8/28/2007 | $ 4,361.00 | 1067 | $ 1,274.85 | $ 5,635.85 |
| 10995 | 8/21/2007 | 8/21/2007 | 8/31/2007 | $ 3,595.00 | 1064 | $ 1,047.97 | $ 4,642.97 |
| 11124 | 8/23/2007 | 8/23/2007 | 9/2/2007 | $ 4,530.00 | 1062 | $ 1,318.04 | $ 5,848.04 |
| 11159 | 8/25/2007 | 8/25/2007 | 9/4/2007 | $ 3,870.00 | 1060 | $ 1,123.89 | $ 4,993.89 |
| 11190 | 8/28/2007 | 8/28/2007 | 9/7/2007 | $ 3,967.50 | 1057 | $ 1,148.94 | $ 5,116.44 |
| 11221 | 8/30/2007 | 8/30/2007 | 9/9/2007 | $ 2,349.75 | 1055 | $ 679.17 | $ 3,028.92 |
| 11239 | 8/31/2007 | 8/31/2007 | 9/10/2007 | $ 4,365.00 | 1054 | $ 1,260.47 | $ 5,625.47 |
| 11252 | 9/1/2007 | 9/1/2007 | 9/11/2007 | $ 2,786.00 | 1053 | $ 803.74 | $ 3,589.74 |
| 11285 | 9/4/2007 | 9/4/2007 | 9/14/2007 | $ 4,100.00 | 1050 | $ 1,179.45 | $ 5,279.45 |
| 11426 | 9/7/2007 | 9/7/2007 | 9/17/2007 | $ 5,825.25 | 1047 | $ 1,670.97 | $ 7,496.22 |
| 11439 | 9/8/2007 | 9/8/2007 | 9/18/2007 | $ 2,234.00 | 1046 | $ 640.21 | $ 2,874.21 |
| 11478 | 9/11/2007 | 9/11/2007 | 9/21/2007 | $ 3,820.00 | 1043 | $ 1,091.58 | $ 4,911.58 |
| 10716 | 9/14/2007 | 9/14/2007 | 9/24/2007 | $ 4,190.00 | 1040 | $ 1,193.86 | $ 5,383.86 |
| 10730 | 9/15/2007 | 9/15/2007 | 9/25/2007 | $ 2,340.00 | 1039 | $ 666.10 | $ 3,006.10 |
| 10765 | 9/19/2007 | 9/19/2007 | 9/29/2007 | $ 5,080.00 | 1035 | $ 1,440.49 | $ 6,520.49 |
| 11512 | 9/22/2007 | 9/22/2007 | 10/2/2007 | $ 4,540.00 | 1032 | $ 1,283.64 | $ 5,823.64 |
| 11545 | 9/26/2007 | 9/26/2007 | 10/6/2007 | $ 4,542.50 | 1028 | $ 1,279.37 | $ 5,821.87 |
| 11589 | 9/29/2007 | 9/29/2007 | 10/9/2007 | $ 4,990.00 | 1025 | $ 1,401.30 | $ 6,391.30 |

# MICHAEL FARMS
*v.*
## FLATOW RILEY

### TRUST CHART

| Invoice Number | Transaction Date | Invoice Date | Payment Due Date 10 Days | Invoice Amount | No. of Days Overdue 7/30/2010 | Accrued Interest* 10% | Trust Amount |
|---|---|---|---|---|---|---|---|
| 11708 | 10/2/2007 | 10/2/2007 | 10/12/2007 | $ 3,847.50 | 1022 | $ 1,077.30 | $ 4,924.80 |
| 11756 | 10/6/2007 | 10/6/2007 | 10/16/2007 | $ 1,825.00 | 1018 | $ 509.00 | $ 2,334.00 |
| 12519 | 8/8/2008 | 8/8/2008 | 8/18/2008 | $ 2,734.00 | 711 | $ 532.57 | $ 3,266.57 |
| 12702 | 8/15/2008 | 8/15/2008 | 8/25/2008 | $ 2,176.00 | 704 | $ 419.70 | $ 2,595.70 |
| 12718 | 8/16/2008 | 8/16/2008 | 8/26/2008 | $ 3,015.00 | 703 | $ 580.70 | $ 3,595.70 |
| 12780 | 8/22/2008 | 8/22/2008 | 9/1/2008 | $ 4,300.00 | 697 | $ 821.12 | $ 5,121.12 |
| 12797 | 8/27/2008 | 8/27/2008 | 9/6/2008 | $ 3,875.00 | 692 | $ 734.66 | $ 4,609.66 |
| 12833 | 8/27/2008 | 8/27/2008 | 9/6/2008 | $ 3,830.00 | 692 | $ 726.13 | $ 4,556.13 |
| 12867 | 8/29/2008 | 8/29/2008 | 9/8/2008 | $ 3,863.00 | 690 | $ 730.27 | $ 4,593.27 |
| 12890 | 8/30/2008 | 8/30/2008 | 9/9/2008 | $ 3,466.00 | 689 | $ 654.27 | $ 4,120.27 |
| 13004 | 8/31/2008 | 8/31/2008 | 9/10/2008 | $ 4,984.00 | 688 | $ 939.45 | $ 5,923.45 |
| 13044 | 9/4/2008 | 9/4/2008 | 9/14/2008 | $ 3,695.00 | 684 | $ 692.43 | $ 4,387.43 |
| 13084 | 9/6/2008 | 9/6/2008 | 9/16/2008 | $ 1,805.00 | 682 | $ 337.26 | $ 2,142.26 |
| 13110 | 9/9/2008 | 9/9/2008 | 9/19/2008 | $ 2,881.00 | 679 | $ 535.94 | $ 3,416.94 |
| 13142 | 9/12/2008 | 9/12/2008 | 9/22/2008 | $ 3,792.50 | 676 | $ 702.39 | $ 4,494.89 |
| 13320 | 9/19/2008 | 9/19/2008 | 9/29/2008 | $ 3,516.00 | 669 | $ 644.44 | $ 4,160.44 |
| 13333 | 9/20/2008 | 9/20/2008 | 9/30/2008 | $ 2,785.00 | 668 | $ 509.69 | $ 3,294.69 |
| 13383 | 9/26/2008 | 9/26/2008 | 10/6/2008 | $ 4,861.00 | 662 | $ 881.64 | $ 5,742.64 |
| | | | | | | | |
| | | **Sub-Totals** | | **$ 178,321.37** | | **$47,672.62** | **$ 225,993.99** |

Attorneys' Fees = $ 15,000.00

=*TOTAL CLAIM* $ 240,993.99

*\* Additional daily interest accruing from above date* $ 48.86

# MICHAEL FARMS, INC.

5089 URBANA MOOREFIELD ROAD
URBANA, OH 43078

Phone #          Fax #

937-484-3573      937-484-3720

# Statement

| Date |
| :---: |
| 11/7/2008 |

| To: |
| --- |

FLATOW RILEY INC.
2801 SPRING GROVE AVENUE
CINCINNATI, OH 45225

| | Amount Due | Amount Enc. |
| --- | --- | --- |
| | $178,321.37 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 08/17/2006 | INV #9273. Due 08/27/2006. Orig. Amount $7,444.50. | 3,205.50 | 3,205.50 |
| 08/24/2006 | INV #9376. Due 09/03/2006. Orig. Amount $8,845.00. | 8,845.00 | 12,050.50 |
| 09/01/2006 | INV #9487. Due 09/11/2006. Orig. Amount $5,716.50. | 361.87 | 12,412.37 |
| 09/09/2006 | INV #9592. Due 09/19/2006. Orig. Amount $6,197.00. | 357.75 | 12,770.12 |
| 09/22/2006 | INV #9744. Due 10/02/2006. Orig. Amount $6,015.00. | 4,940.00 | 17,710.12 |
| 06/27/2007 | INV #10314. Due 07/07/2007. Orig. Amount $1,490.00. | 180.00 | 17,890.12 |
| 06/30/2007 | INV Due 07/10/2007. Orig. Amount $18.00. | 18.00 | 17,908.12 |
| 07/21/2007 | INV #10534. Due 07/31/2007. Orig. Amount $6,375.00. | 6,375.00 | 24,283.12 |
| 07/31/2007 | INV #10836. Due 08/10/2007. Orig. Amount $4,117.50. | 4,117.50 | 28,400.62 |
| 08/07/2007 | INV #11006. Due 08/17/2007. Orig. Amount $3,700.00. | 3,700.00 | 32,100.62 |
| 08/09/2007 | INV #11035. Due 08/19/2007. Orig. Amount $3,184.50. | 3,184.50 | 35,285.12 |
| 08/11/2007 | INV #11071. Due 08/21/2007. Orig. Amount $3,402.50. | 3,402.50 | 38,687.62 |
| 08/14/2007 | INV #11098. Due 08/24/2007. Orig. Amount $3,653.50. | 3,653.50 | 42,341.12 |
| 08/17/2007 | INV #10942. Due 08/27/2007. Orig. Amount $3,261.25. | 3,261.25 | 45,602.37 |
| 08/18/2007 | INV #10964. Due 08/28/2007. Orig. Amount $4,361.00. | 4,361.00 | 49,963.37 |
| 08/21/2007 | INV #10995. Due 08/31/2007. Orig. Amount $3,595.00. | 3,595.00 | 53,558.37 |
| 08/23/2007 | INV #11124. Due 09/02/2007. Orig. Amount $4,530.00. | 4,530.00 | 58,088.37 |
| 08/25/2007 | INV #11159. Due 09/04/2007. Orig. Amount $3,852.00. | 3,852.00 | 61,940.37 |
| 08/28/2007 | INV #11190. Due 09/07/2007. Orig. Amount $3,967.50. | 3,967.50 | 65,907.87 |
| 08/30/2007 | INV #11221. Due 09/09/2007. Orig. Amount $2,349.75. | 2,349.75 | 68,257.62 |
| 08/31/2007 | INV #11239. Due 09/10/2007. Orig. Amount $4,365.00. | 4,365.00 | 72,622.62 |
| 09/01/2007 | INV #11252. Due 09/11/2007. Orig. Amount $2,786.00. | 2,786.00 | 75,408.62 |
| 09/04/2007 | INV #11285. Due 09/14/2007. Orig. Amount $4,100.00. | 4,100.00 | 79,508.62 |
| 09/07/2007 | INV #11426. Due 09/17/2007. Orig. Amount $5,825.25. | 5,825.25 | 85,333.87 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 4,910.00 | 35,648.50 | 19,930.00 | 117,832.87 | $178,321.37 |

The Perishable Agriculture Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act. 1930[70.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. "Interest at 1 1/2% per month added to unpaid balance. Interest and attorneys' fees necessary to collect payment are sums owing in connection with transaction."

# MICHAEL FARMS, INC.

5089 URBANA MOOREFIELD ROAD
URBANA, OH 43078

| Phone # | Fax # |
|---|---|
| 937-484-3573 | 937-484-3720 |

# Statement

To:

FLATOW RILEY INC.
2801 SPRING GROVE AVENUE
CINCINNATI, OH 45225

| Amount Due | Amount Enc. |
|---|---|
| $178,321.37 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/08/2007 | INV #11439. Due 09/18/2007. Orig. Amount $2,234.00. | 2,234.00 | 87,567.87 |
| 09/11/2007 | INV #11478. Due 09/21/2007. Orig. Amount $3,820.00. | 3,820.00 | 91,387.87 |
| 09/14/2007 | INV #10716. Due 09/24/2007. Orig. Amount $4,190.00. | 4,190.00 | 95,577.87 |
| 09/15/2007 | INV #10730. Due 09/25/2007. Orig. Amount $2,340.00. | 2,340.00 | 97,917.87 |
| 09/19/2007 | INV #10765. Due 09/29/2007. Orig. Amount $5,080.00. | 5,080.00 | 102,997.87 |
| 09/22/2007 | INV #11512. Due 10/02/2007. Orig. Amount $4,540.00. | 4,540.00 | 107,537.87 |
| 09/26/2007 | INV #11545. Due 10/06/2007. Orig. Amount $4,542.50. | 4,542.50 | 112,080.37 |
| 09/29/2007 | INV #11589. Due 10/09/2007. Orig. Amount $4,990.00. | 4,990.00 | 117,070.37 |
| 10/02/2007 | INV #11708. Due 10/12/2007. Orig. Amount $3,847.50. | 3,847.50 | 120,917.87 |
| 10/06/2007 | INV #11756. Due 10/16/2007. Orig. Amount $1,825.00. | 1,825.00 | 122,742.87 |
| 08/08/2008 | INV #12519. Due 08/18/2008. Orig. Amount $2,734.00. | 2,734.00 | 125,476.87 |
| 08/15/2008 | INV #12702. Due 08/25/2008. Orig. Amount $2,176.00. | 2,176.00 | 127,652.87 |
| 08/16/2008 | INV #12718. Due 08/26/2008. Orig. Amount $3,015.00. | 3,015.00 | 130,667.87 |
| 08/22/2008 | INV #12780. Due 09/01/2008. Orig. Amount $4,300.00. | 4,300.00 | 134,967.87 |
| 08/23/2008 | INV #12797. Due 09/02/2008. Orig. Amount $3,875.00. | 3,875.00 | 138,842.87 |
| 08/27/2008 | INV #12833. Due 09/06/2008. Orig. Amount $3,830.00. | 3,830.00 | 142,672.87 |
| 08/29/2008 | INV #12867. Due 09/08/2008. Orig. Amount $3,863.00. | 3,863.00 | 146,535.87 |
| 08/30/2008 | INV #12890. Due 09/09/2008. Orig. Amount $3,466.00. | 3,466.00 | 150,001.87 |
| 08/31/2008 | INV #13004. Due 09/10/2008. Orig. Amount $4,984.00. | 4,984.00 | 154,985.87 |
| 09/04/2008 | INV #13044. Due 09/14/2008. Orig. Amount $3,695.00. | 3,695.00 | 158,680.87 |
| 09/06/2008 | INV #13084. Due 09/16/2008. Orig. Amount $1,805.00. | 1,805.00 | 160,485.87 |
| 09/09/2008 | INV #13110. Due 09/19/2008. Orig. Amount $2,881.00. | 2,881.00 | 163,366.87 |
| 09/12/2008 | INV #13142. Due 09/22/2008. Orig. Amount $3,792.50. | 3,792.50 | 167,159.37 |
| 09/19/2008 | INV #13320. Due 09/29/2008. Orig. Amount $3,516.00. | 3,516.00 | 170,675.37 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 4,910.00 | 35,648.50 | 19,930.00 | 117,832.87 | $178,321.37 |

The Perishable Agriculture Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act. 1930[70.S.C.,499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. "Interest at 1 1/2% per month added to unpaid balance. Interest and attorneys' fees necessary to collect payment are sums owing in connection with transaction."

**MICHAEL FARMS, INC.**

5089 URBANA MOOREFIELD ROAD
URBANA, OH 43078

| Phone # | Fax # |
|---|---|
| 937-484-3573 | 937-484-3720 |

# Statement

| Date |
|---|
| 11/7/2008 |

To:

FLATOW RILEY INC.
2801 SPRING GROVE AVENUE
CINCINNATI, OH 45225

| Amount Due | Amount Enc. |
|---|---|
| $178,321.37 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/20/2008 | INV #13333. Due 09/30/2008. Orig. Amount $2,785.00. | 2,785.00 | 173,460.37 |
| 09/26/2008 | INV #13383. Due 10/06/2008. Orig. Amount $4,861.00. | 4,861.00 | 178,321.37 |
| 10/16/2008 | PMT #78933. | -2,176.00 | 176,145.37 |
| 10/24/2008 | PMT #78890. | -2,734.00 | 173,411.37 |
| 10/24/2008 | GENJRNL #Aje 8. Returned check from Flatow Riley | 2,176.00 | 175,587.37 |
| 11/04/2008 | GENJRNL #Aje 7. Returned check from Flatow Riley | 2,734.00 | 178,321.37 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 4,910.00 | 35,648.50 | 19,930.00 | 117,832.87 | $178,321.37 |

The Perishable Agriculture Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act. 1930[70.S.C. 499e (c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. "Interest at 1 1/2% per month added to unpaid balance. Interest and attorneys' fees necessary to collect payment are sums owing in connection with transaction."

2.



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____ Date  8-17    06

Sold to: _Flavon Riley_____

Address: _Clnc_____

Phone: _____ Del  X  Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 378 | White corn | 8 50 | 3213.00 |
| 35 | Bicolor corn | 8 50 | 297.50 |
| 100 | Green Bean | 13 50 | 1350.00 |
| 10 | Pole Bean | N/c | 0 |
| 30 | Sack cabbage | 5 50 | 165.00 |
| 14 | Yellow corn | 8 50 | 119.00 |
| 100 | Mid Runner | 23.- | 2300.00 |
| | 8-17-06  PO 026659 | | |
| | | | 7444.50 |

Trucker
Signature _____

Buyer
Signature _____

Bill of Lading

No. 9273

Balance due
3205.50

WHITE - OFFICE COPY          CANARY - BUYERS COPY          PINK - TRUCKER COPY



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720



Purchase
Order No. _____ Date  8-24 06

Sold to: _Flston Riley_

Address: _Line 8_

Phone: _____  Del  X  | Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 100 | Half Runner | 25 — | 2500.00 |
| 100 | Green Bean | 15.50 | 1550.00 |
| 60 | Green Cabbage | 7 — | 420.00 |
| 16 | Pole Bean | 15 — | 240.00 |
| 70 | Bi Color Corn | 9.50 | 665.00 |
| 080 | White Corn | 10 — | 3470.00 |
| 347 | | | |
| | | | 8845.00 |

Trucker
Signature _____

Buyer
Signature _____

Bill of Lading

No. 9376



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase Order No. _026845_    Date _9/1_ _86_

Sold to: _Flstow Rify_

Address: _Cine O_

Phone: _____   Del _X_   Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 203 | White Corn | 10 — | 2030.00 |
| 3 | Bi Biolor | 150 — | 450.00 |
| 56 56 | half Runner | 24 — | 1344.00 |
| 100 | Green Bean | 14 50 | 1450.00 |
| 21 | yellow corn | 10 — | 210.00 |
| 15 | Pole Bean | 15 50 | 232.50 |
| | | | |
| | | | 5716.50 |

Trucker Signature _____

Buyer Signature _____

Balance due 361.87

Bill of Lading
No. _9481_

WHITE - OFFICE COPY     CANARY - BUYERS COPY     PINK - TRUCKER COPY

2



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____ Date ___9-9___ 06

Sold to: _Floton Riley_

Address: _Cine_ 0 _____

Phone: _____

| Quantity | Description | | Del | Pickup |
|---|---|---|---|---|

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 100 | Green Bean | 17 — | 1700.00 |
| 252 | White corn | 11 — | 2772.00 |
| 0 | Bicolor corn | | |
| 60 | Green Cabbage | 8 — | 480.00 |
| 35 | yellow corn | 11 — | 385.00 |
| 60 | Sack Cabbage | 6 — | 360.00 |
| 40 | 50# Unclass | 4 50 | 180.00 |
| 40 | 50# B Pot. | 8 — | 320.00 |

P.O. #951
76951

6197.00

Balance due 357.75

Trucker
Signature _____

Buyer
Signature _____

Bill of Lading
No. 9592

Nole 9-9-06

WHITE - OFFICE COPY          CANARY - BUYERS COPY          PINK - TRUCKER COPY



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____ Date _9-22__06_

Sold to: _Flatow Rily_

Address: _Cine O_

Phone: _____  Del _X_  Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 140 | White COR | 12 — | 1680.00 |
| ~~000~~ | ~~Red Beans~~ | ~~000~~ | |
| 100 | Green Beans | 21 — | 2100.00 |
| 30 | Green Cabbage | 8 50 | 255.00 |
| 60 | Sack Cabbage | 6 — | 360.00 |
| 50 | W/ Runner | 24 — | 1200.00 |
| 35 | Birador COR | 12 — | 420.00 |
| | | | |
| | | | |
| | | 9-22-10 | |
| | | | 6015.00 |

Trucker
Signature _____   Buyer
Signature _____  Balance due 4940.00

Bill of Lading

No. 9744

2



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase Order No. _____  Date 6/27 07

Sold to: _Flatow Riley_

Address: _Cinc O_

Phone: _____  Del X  Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 100 | Green Bean | 12.50 | 1250.00 |
| 15 | Pol Bean | 16 — | 240.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 1490.00 |

Trucker Signature _____

Buyer Signature _____

Bill of Lading

No. 10314

Balance due $180.00

Kylie



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase Order No. _____ Date 7-21-07

Sold to: Flatow Riley

Address: Cine O

Phone: _____    Del X    Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 100 | Half Runner | 24.00 | 2400.00 |
| 60 | Green Cabbage | 8.25 | 495.00 |
| 175 | White Corn | 8.50 | 1487.50 |
| 105 | Bicolor Corn | 8.50 | 892.50 |
| 100 | Green Bean | 11.00 | 1100.00 |
| | PO-030187 | | |
| | | | 6375.00 |

Trucker Signature  Kyle

Buyer Signature  Rod Cain

Bill of Lading

No. 10504

WHITE - OFFICE COPY       CANARY - BUYERS COPY       PINK - TRUCKER COPY





# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase Order No. 030275     Date 7-31 07

Sold to: Flatow Rily

Address: Cinh O

Phone: _____     Del X     Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 100 | Green Beas | 8.50 | 850.00 |
| 35 | Half Runner | 19.00 | 665.00 |
| 10 | Pol Beas | 18.00 | 180.00 |
| 60 | Green Cabbage | 8.50 | 510.00 |
| 175 | White Corn | 8.50 | 1487.50 |
| 35 | Bicolor Corn | 8.50 | 297.50 |
| 15 | Yellow Corn | 8.50 | 127.50 |
| | | | 4117.50 |

Trucker Signature _____

Buyer Signature _____

Bill of Lading

No. 10836

3



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____     Date  8-7-  07

Sold to: _____ Flatow Riley _____

Address: _____ Inc _____

Phone: _____  Del ✗  | Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 168 | White Corn | 8.75 | 1470.00 |
| 70 | Bicolor Corn | 8.50 | 595.00 |
| 100 | Green Bean | 9.- | 900.00 |
| 35 | Red Runner | 21.- | 735.00 |
| | | | |
| | | | 3700.00 |

Trucker
Signature _____

Buyer
Signature _____

Bill of Lading

No. 11006

WHITE - OFFICE COPY          CANARY - BUYERS COPY          PINK - TRUCKER COPY



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase Order No. _____ Date 8—9 07

Sold to: Eaton Riley

Address: CINC

Phone: _____  Del: X   Pickup:

| Quantity | Description | Price | Amount |
|----------|-------------|-------|--------|
| 12 | Yellow corn | 8 50 | 102.00 |
| 175 | White corn | 8 50 | 1487.50 |
| 70 | Bicolor corn | 8 — | 560.00 |
| 25 | Md J Runner | 21 — | 525.00 |
| 60 | Green Cabbage | 8 50 | 510.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 3184.50 |

Trucker Signature _____

Buyer Signature _____

Bill of Lading

No. 11005

3



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____ Date 8-11 07

Sold to: Flstow Riks

Address: Cinc O

Phone: _____  Del ✓  Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 175 | White Corn | 8 50 | 1487.50 |
| 35 | Acj Qumer | 21 — | 735.00 |
| 35 | yellow corn | 8 — | 280.00 |
| 100 | Green Bean | 9 — | 900.00 |
| | | | |
| | | | |
| | | | 3402.50 |

Trucker
Signature _____

Buyer
Signature Doug

Bill of Lading

No. 11071

 2



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____ Date _8-14____07_

Sold to: _Elston Ridge_

Address: _Clne_

Phone: _____ | Del | Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 100 | Green Beas | 9 50 | 950.00 |
| 140 | white corn | 875 | 1225.00 |
| 45 | half Runner | 18 — | 810.00 |
| 21 | yellow corn | 850 | 178.50 |
| 70 | Bi color corn | 7 — | 490.00 |
| | | | |
| | | | |
| | | | |
| | | | 3653.50 |

Trucker
Signature _____

Buyer
Signature _____ 8/14/07

Bill of Lading

No. 11078

WHITE - OFFICE COPY       CANARY - BUYERS COPY       PINK - TRUCKER COPY

2



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____ Date _8-17___ _07_

Sold to: _Flatow Rilg_____

Address: _Cinc__ O_____

Phone: _____ Del _X_ | Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 100 | Green Bean | 11.50 | 1150.00 |
| 60 | Green Cabbag | 8.50 | 510.00 |
| 105 | Bicolo corn | 7.— | 735.00 |
| 105 | White corn | 8.25 | 866.25 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 3261.25 |

Trucker
Signature _____

Buyer
Signature _____

Bill of Lading

No. 10942

Steve 1



# MICHAEL FARMS, INC.
## 5089 URBANA–MOOREFIELD ROAD
## URBANA, OHIO 43078-9234
## PHONE: 937 / 484-3573
## FAX: 937 / 484-3720

Purchase
Order No. _____ Date _8-18___ _07_

Sold to: _Flora Riley_

Address: _Cine___ 0_

Phone: _____ Del _X_ | Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 25 | MC Runner | 18.00 | 450.00 |
| 21 | yellow corn | 8.50 | 178.50 |
| 70 | white corn | 8.75 | 612.50 |
| 280 | Bicolor corn | 7.00 | 1960.00 |
| 60 | Green Cabbage | 8.50 | 510.00 |
| 50 | Green Bead * | 13.— | 650.00 |
| | | | 4361.00 |

Trucker
Signature _____

Buyer
Signature _____

Bill of Lading

No. 10964

WHITE - OFFICE COPY        CANARY - BUYERS COPY        PINK - TRUCKER COPY





# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____ Date __8-21____ 07

Sold to: _Flatow Riley_____

Address: ___Cinc_____

| Phone: | | Del X | Pickup |

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 140 | White corn | 9.50 | 1330.00 |
| 35 | half Runner | 19.00 | 665.00 |
| 100 | Green Bean | 16.00 | 1600.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 3595.00 |

Trucker
Signature _____

Buyer
Signature _Matt Louth_____

Bill of Lading

No. 10995

WHITE - OFFICE COPY     CANARY - BUYERS COPY     PINK - TRUCKER COPY



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase Order No. _____ Date 8-23 07

Sold to: Flatow Riley

Address: Cinc 0

Phone: _____ Del X Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 100 | Green Bean | 16.50 | 1650.00 |
| 210 | White Corn | 9.50 | 1995.00 |
| 70 | Bicolor Corn | 9.00 | 630.00 |
| 30 | Green Cabbage | 8.50 | 255.00 |
| | | | 4530.00 |

Trucker Signature Kyle

Buyer Signature _____

Bill of Lading

No. 11124



# MICHAEL FARMS, INC.
### 5089 URBANA–MOOREFIELD ROAD
### URBANA, OHIO 43078-9234
### PHONE: 937 / 484-3573
### FAX: 937 / 484-3720

Purchase
Order No. _____  Date  8-25 07

Sold to: _Flotow Riley_

Address: _Cin C_

| Phone: | | Del ✗ | Pickup |
|---|---|---|---|

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 70 | Bicolor corn | 9 25 | 647.50 |
| 105 | White corn | 10 - | 1050.00 |
| 21 | yellow corn | 9 50 | 199.50 |
| 100 | Green Beans | 17 - | 1700.00 |
| 30 | Green Cabbage | 8 50 | 255.00 |
| | | | 3852.00 |

Trucker
Signature _____

Buyer
Signature _____

Bill of Lading

No. 11779



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase Order No. 030601      Date 8-28 07

Sold to: Flatrow Riley

Address: Cline

Phone: _____   Del  X   Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 140 | White Corn | 10 — | 1400.00 |
| 70 | Bicolor Corn | 9 — | 630.00 |
| 25 | Yellow Corn | 9 50 | 237.50 |
| 100 | Green Bean | 17 — | 1700.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 3967.50 |

8/28/07  Matt Oswalt

Trucker Signature _____

Buyer Signature _____

Bill of Lading

No. 11190

WHITE - OFFICE COPY          CANARY - BUYERS COPY          PINK - TRUCKER COPY

2



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase Order No. _____  Date _8-30_ _07_

Sold to: _Flatow Riley_

Address: _Cinc_

Phone: _____  Del _X_  Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 16 | half Runner | 21— | 336.00 |
| 126 | white corn | 10— | 1260.00 |
| 35 | Bicolor corn | 925 | 323.75 |
| 25 | Sack cssage | 7— | 175.00 |
| 30 | Green cssage | 850 | 255.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 2349.75 |

Trucker Signature _____

Buyer Signature _Rod._

Bill of Lading

No. 11221

WHITE - OFFICE COPY        CANARY - BUYERS COPY        PINK - TRUCKER COPY



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase Order No. _____  Date  8-31  07

Sold to: _Flatow Riley_____

Address: _Cine   0_____

Phone: _____  Del  X  | Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 100 | Green Beans | 20 — | 2000.00 |
| 175 | White Corn | 10 — | 1750.00 |
| 20 | Mld Runner | 22 — | 440.00 |
| 25 | Jack bssage | 7 — | 175.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | 4365.00 |

Trucker Signature _____

Buyer Signature _____

Bill of Lading

No. 11289

WHITE - OFFICE COPY      CANARY - BUYERS COPY      PINK - TRUCKER COPY





# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____ Date _9-1__ _07_

Sold to: _Flatow Rily_

Address: _Cline_

Phone: _____ Del _X_ | Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 210 | White corn | 10— | 2100.00 |
| 60 | Green cabbage | 850 | 510.00 |
| 8 | pole Runner | 22— | 176.00 |
|  |  |  |  |
|  |  |  | 2786.00 |

Trucker
Signature _____

Buyer
Signature _____

Bill of Lading

No. 11252

WHITE - OFFICE COPY          CANARY - BUYERS COPY          PINK - TRUCKER COPY



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____ Date _9-4__ 07_

Sold to: _Flatow Rily_

Address: _Clirc   0_

Phone: _____  Del  _✗_  Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 100 | Green Bean | 21 – | 2100.00 |
| 60 600 | Bicolor Corn | 10 – | 600.00 |
| 140 | White Corn | 10 – | 1400.00 |
| | | 9/4/07 | |
| | Matt Dault | | 4100.00 |

Trucker
Signature _____

Buyer
Signature _____

Bill of Lading

No. 11285

WHITE - OFFICE COPY          CANARY - BUYERS COPY          PINK - TRUCKER COPY

2



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase Order No. _____ Date  3-7  07

Sold to: _Flora Rily_

Address: _Cine      O_

Phone: _____     Del  X     Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 245 | White Corn | 11.25 | 2756.25 |
| 100 | Green Beans | 23 | 2300.00 |
| 35 | Bicolor Corn | 11 | 385.00 |
| 16 | Hold Runner | 24 | 384.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 5825.25 |

Trucker Signature _____

Buyer Signature _Matt Rewilts_

Bill of Lading

No.  11426

WHITE - OFFICE COPY        CANARY - BUYERS COPY        PINK - TRUCKER COPY

2



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____ Date _3—8_____07_____

Sold to: _Flotow Riles_____

Address: _ChC_____0_____

Phone: _____ Del _✗_ | Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 70 | White Corn | 11.50 | 805.00 |
| 20 | Bi-color Corn | 11— | 770.00 |
| 25 | Yellow Corn | 11— | 275.00 |
| 16 | Half Runner | 24— | 384.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 2234.00 |

Trucker
Signature _____

Buyer
Signature _Matt Oviah_____
9/8/07

Bill of Lading
No. _11439_

WHITE - OFFICE COPY      CANARY - BUYERS COPY      PINK - TRUCKER COPY

Steve 1



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____ Date  9-11  07

Sold to: _FLATOW Riley_

Address: _Cinc_

Phone: _____ Del  X   Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 100 | Green Bean | 23 — | 2300.00 |
| 70 | White corn | 11 50 | 805.00 |
| 16 | M J Runner | 25 — | 400.00 |
| 30 | Green cabbage | 10 50 | 315.00 |
|  |  |  |  |
|  |  |  | 3820.00 |

9/11/07

Trucker
Signature _____

Buyer
Signature _____

Bill of Lading

No.  11478

WHITE - OFFICE COPY          CANARY - BUYERS COPY          PINK - TRUCKER COPY

2



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____     Date  9-14  07

Sold to: _Flatow City_

Address: _Cac          0_

Phone: _____    Del  X    Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 140 | White corn | 11 50 | 1610.00 |
| 70 | Bigla corn | 11 — | 770.00 |
| 40 | Chef Potato | 5.75 | 230.00 |
| 200 | 10# Uncl. | 1 — | 200.00 |
| 20 | Yellow corn | 11 50 | 230.00 |
| 50 | Green Bean | 23.— | 1150.00 |
|  |  |  | 4190.00 |

Trucker
Signature _____

Bill of Lading

Buyer
Signature _Matt Dawshs_

No. 10716

WHITE · OFFICE COPY          CANARY · BUYERS COPY          PINK · TRUCKER COPY



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____     Date _9-15 07_

Sold to: _Flatow Riley_

Address: _Cinc_

Phone: _____     Del ☑     Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 70 | White corn | 11 50 | 805.00 |
| 35 | Bicolor corn | 11 — | 385.00 |
| 50 | Green Beans | 23 — | 1150.00 |
|  |  |  | 2340.00 |
|  |  |  | PO 30805 |

Trucker
Signature _____     Buyer
Signature _DOUG_

Bill of Lading

No. 10730



# MICHAEL FARMS, INC.
## 5089 URBANA–MOOREFIELD ROAD
## URBANA, OHIO 43078-9234
## PHONE: 937 / 484-3573
## FAX: 937 / 484-3720

Purchase Order No. 030839    Date 3-13-08

Sold to: Flatow Pit

Address: CME O

Phone: _____    Del X Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 140 | White Oak | 11 50 | 1610.00 |
| 70 | Bicolor Corn | 10 — | 700.00 |
| 90 | Green Beans | 26 — | 2340.00 |
| 20 | yellow corn | 11 50 | 230.00 |
| 200 | 10# Uniclos) | 1 — | 200.00 |
| (50) | Cabbage Sacks Not New Town new Town | | |
| | | | 5080.00 |

Trucker Signature _____

Buyer Signature Rod Cann

Bill of Lading

No. 10765

WHITE - OFFICE COPY     CANARY - BUYERS COPY     PINK - TRUCKER COPY



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720



Purchase Order No. _____  Date 8-22 02

Sold to: _Floton Riley_

Address: _Cinc_

Phone: _____   Del _X_   Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 140 | White Corn | 11.— | 1540.00 |
| 70 | Bicolor Corn | 10 50 | 735.00 |
| 30 | Green Cabbage | 10 50 | 315.00 |
| 75 | Green Bean | 26.— | 1950.00 |
| | | | 4540.00 |

Trucker Signature _____

Buyer Signature _____

Bill of Lading
No. 11512

WHITE - OFFICE COPY        CANARY - BUYERS COPY        PINK - TRUCKER COPY

2



# MICHAEL FARMS, INC.
### 5089 URBANA–MOOREFIELD ROAD
### URBANA, OHIO 43078-9234
### PHONE: 937 / 484-3573
### FAX: 937 / 484-3720

Purchase Order No. _____  Date  7-26  07

Sold to: Flatow Riley

Address: C/h

Phone: _____  Del  X  Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 100 | Green Bean | 26— | 2600.00 |
| 70 | White Corn | 10⁵⁰ | 735.00 |
| 35 | Bi color Corn | 10⁵⁰ | 367.50 |
| 70 | Stick lassay | 7⁵⁰ | 525.00 |
| 30 | Green Cabbage | 10⁵⁰ | 315.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 4542.50 |

Trucker Signature _____

Buyer Signature _____
9/26/07

Bill of Lading

No. 11545

2



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____ Date 9-29 07

Sold to: Flatow Riley

Address: Cne O

Phone: _____    Del  X   Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 25 | Yellow Corn | 10 50 | 262.50 |
| 105 | White Corn | 10 50 | 1102.50 |
| 70 | Bicolor Corn | 10 50 | 735.00 |
| 100 | Green Bean | 22 — | 2200.00 |
| 30 | Green Cassage | 10 50 | 315.00 |
| 50 | Sack Cassage | 7 50 | 375.00 |
| | | | |
| | | | |
| | Received 9/29/07 | | 4990.00 |

Trucker
Signature _____

Buyer
Signature _____

Bill of Lading

No. 11582

WHITE - OFFICE COPY          CANARY - BUYERS COPY          PINK - TRUCKER COPY



# MICHAEL FARMS, INC.
### 5089 URBANA–MOOREFIELD ROAD
### URBANA, OHIO 43078-9234
### PHONE: 937 / 484-3573
### FAX: 937 / 484-3720

Purchase
Order No. _____ Date  10 - 2   07

Sold to: _____ Flatow Riley _____

Address: _____ CMC  D _____

Phone: _____  Del  X  | Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 140 | White Corn | 10 50 | 1470.00 |
| 30 | Green Cabbage | 10 50 | 315.00 |
| 75 | Sack Cabbage | 7 50 | 562.50 |
| 100 | Green Bean | 2̶0̶ 15.00 | 1500.00 |
| 2 | Bin White Corn (Robinson) Unloaded | | |
| | | | 3847.50 |

Trucker
Signature _____ Kyle _____

Buyer
Signature _____ (signature) _____

Bill of Lading

No. 11708

2



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____ Date _10-6_ _07_

Sold to: _Flatow Riley_

Address: _Cinc_

Phone: _____  Del _X_  Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 50 | Green Beans | 15.00 | 750.00 |
| 60 | Green Cabbage | 10.75 | 645.00 |
| 40 | Chef Potato | 5.75 | 230.00 |
| 200 | 10# Onclass | 1.00 | 200.00 |
| | | | 1825.00 |

Trucker
Signature _____

Buyer
Signature _____

Bill of Lading

No. 11756

WHITE - OFFICE COPY       CANARY - BUYERS COPY       PINK - TRUCKER C



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____          Date  8-8        08

Sold to: Flatow Riley

Address: Cinn          2

Phone: _____      Del  X   Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 30 | Green Cabage | 9.00 | 270.00 |
| 126 | White Corn | 11.00 | 1386.00 |
| 56 | Green Bean | 13.00 | 728.00 |
| 200 | 10# Unclass | 1.75 | 350.00 |
| | | | |
| | | | |
| | 8/6/08 | | |
| | | | |
| | | | 2734.00 |

Trucker
Signature _____       Buyer
                                 Signature _____

Bill of Lading
No. 12519

WHITE - OFFICE COPY          CANARY - BUYERS COPY          PINK - TRUCKER COPY



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720



Purchase
Order No. _____ Date _8–15__ 0P

Sold to: _Flatow Ried's_____

Address: _Cine_____ 0_____

Phone: _____  Del _X_  Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 168 | Bicolor Corn     Pos. |  |  |
| 140 | White Corn | 10 — | 1400.00 |
| 2 | As 18 Runner | 24 — | 48.00 |
| 56 | Green Beans | 13 — | 728.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | 2176.00 |

Trucker
Signature _____   Buyer
Signature _____

Bill of Lading
No. _12107_



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase Order No. _____  Date _8-16_ _08_

Sold to: _Flatrow Rib_

Address: _Circ  O_

Phone: _____    Del _X_    Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 60 | Black Cabbage | 8 — | 480.00 |
| 105 | White Corn | 10 — | 1050.00 |
| 105 | Bicolor Corn    PAS | | |
| 20 | Half Runner | 24 — | 480.00 |
| 30 | Green Cabbage | 11 — | 330.00 |
| 50 | Green Bean | 13⁵⁰ | 675.00 |
| | | | 3015.00 |

Trucker Signature _____

Buyer Signature _DOUG_

Bill of Lading

No. 12116

WHITE - OFFICE COPY     CANARY - BUYERS COPY     PINK - TRUCKER COPY

2



# MICHAEL FARMS, INC.
### 5089 URBANA–MOOREFIELD ROAD
### URBANA, OHIO 43078-9234
### PHONE: 937 / 484-3573
### FAX: 937 / 484-3720

Purchase
Order No. _____ Date _8—22—08_

Sold to: _Flatow Riley_
_____Cinc O_____

Address: _____

Phone: _____ Del _X_ | Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 245 | White Corn | 10 — | 2450.00 |
| 115 | Bicolor Corn | 10 — | 1150.00 |
| 50 | Green Bean | 14 — | 700.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 4300.00 |

Trucker
Signature _____

Buyer
Signature _____
_Matt Davis_

Bill of Lading

No. 12180

WHITE - OFFICE COPY          CANARY - BUYERS COPY          PINK - TRUCKER COPY





# MICHAEL FARMS, INC.
### 5089 URBANA–MOOREFIELD ROAD
### URBANA, OHIO 43078-9234
### PHONE: 937 / 484-3573
### FAX: 937 / 484-3720

Purchase Order No.

Date 8-27 08

Sold to: Flatow Rily
Address: Cinc

| | Del X | Pickup |

Phone:

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 230 | Bi color corn | 10 — | 2300.00 |
| 20 | White corn | 10 — | 700.00 |
| 50 | Green Bean | 14 50 | 725.00 |
| 15 | yellow corn | 10 — | 150.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 3875.00 |

Trucker Signature

Buyer Signature

Bill of Lading

No. 12191

WHITE - OFFICE COPY     CANARY - BUYERS COPY     PINK - TRUCKER COPY



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase Order No. 033650

Date 8-29 08

Sold to: Flatow Riky

Address: Cinc O

Del X   Pickup

Phone:

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 126 | Bicolor corn | 10⁵⁰ | 1323.00 |
| 84 | White corn | 11— | 924.00 |
| 50 | Green Bean | 13⁵⁰ | 675.00 |
| 30 | Green cabbage | 9⁵⁰ | 285.00 |
| 40 | Jack cabbage | 8.— | 320.00 |
| 14 | Half Runner | 24— | 336.00 |
| | | | 3863.00 |

Trucker Signature

Buyer Signature

Bill of Lading

No. 12861

WHITE - OFFICE COPY        CANARY - BUYERS COPY        PINK - TRUCKER COPY



# MICHAEL FARMS, INC.



5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____ Date _7-90__ 08

Sold to: _Flshn Rily_

Address: _Cne_____0_____

Phone: _____ Del _A_ | Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 77 | White Cole | 11 | 847.00 |
| 126 | Bighx Cole | 10 50 | 1323.00 |
| 50 | Green Bean | 13 50 | 675.00 |
| 14 | Hald Runner | 24 - | 336.00 |
| 30 | Green Assa | 9 50 | 285.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 3466.00 |

Trucker
Signature _DOUG_

Buyer
Signature _____

Bill of Lading

No. 12890

WHITE - OFFICE COPY          CANARY - BUYERS COPY          PINK - TRUCKER COPY

2



# MICHAEL FARMS, INC.
### 5089 URBANA–MOOREFIELD ROAD
### URBANA, OHIO 43078-9234
### PHONE: 937 / 484-3573
### FAX: 937 / 484-3720

Purchase Order No. _____  Date _2-31_  _08_

Sold to: _Flstow Rilg_
_Cnc_

Address: _____

Phone: _____   Del _X_  Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 210 | Bi color corn | 10.50 | 2205.00 |
| 84 | white corn | 11 - | 924.00 |
| 50 | Graer Bean | 13.50 | 675.00 |
| 400 | unclass 10# | 1.75 | 700.00 |
| 20 | Wd Runner | 24 - | 480.00 |
| | Sack Cs — no Room | | |
| | | | 4984.00 |

Trucker Signature _____

Buyer Signature _Rod_

Bill of Lading

No. _13006_

WHITE - OFFICE COPY        CANARY - BUYERS COPY        PINK - TRUCKER COPY

Step 1



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____  Date  7-4      08

Sold to: _Flatow Rily_

Address: _Cinc          2_

Phone: _____  Del  X   Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 50 | Green Beans | 14 — | 700.00 |
| 30 | Green Cabbage | 9 — | 270.00 |
| 60 | Sack Cabbage | 8 — | 480.00 |
| 40 | 50# Urcess Pot. | 8 — | 320.00 |
| 105 | White Corn | 11 — | 1155.00 |
| 70 | Bicolor Corn | 11 — | 770.00 |
| | | | |
| | | | |
| | | | |
| | 11 pallet exchange. | | 3695.00 |

Trucker
Signature _____      Buyer
Signature _Ord._

Bill of Lading

No. 13064





# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____     Date  9-6     08

Sold to: _Flatow Riley_

Address: _Cinc_

Phone: _____     Del  X     Pickup

| Quantity | Description | Price | Amount |
|----------|-------------|-------|--------|
| 70 | White Cork | 11 — | 770.00 |
| 35 | Bicolor Cork | 11 — | 385.00 |
| ~~30~~ | ~~Green Beans~~ | ~~9~~ | |
| 50 | Green Bean | 13 — | 650.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 1805.00 |

Trucker
Signature _____

Buyer
Signature  Doug

Bill of Lading

No. 13084



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase Order No. __033737__    Date __9-5__  __08__

Sold to: __Flatow Riley__

Address: __Cine O__

Phone: _____    Del  __X__    Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 126 | White CDR | 11.00 | 1386.00 |
| 20 | Sack Gssage | 8. | 160.00 |
| 70 | Bi color corn | 10.50 | 735.00 |
| 50 | Green Bean | 12.— | 600.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 2881.00 |

Trucker Signature _____

Buyer Signature __Rod__

Bill of Lading No. 13110





# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____          Date _7-12_  _08_

Sold to: _Flatow Riley_

Address: _Cinn     O_

Phone: _____          Del  X  | Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 30 | Green Cabbage | 10.50 | 315.00 |
| 105 | White corn | 11— | 1155.00 |
| 105 | Bi color corn | 10.50 | 1102.50 |
| 60 | Green Bean | 12— | 720.00 |
| 200 | 10# Unclass | 1.50 | 300.00 |
| 10 | Half Runner | 20— | 200.00 |
| | | | 3792.50 |

Trucker
Signature _____

Buyer
Signature _Rod_

Bill of Lading

No. 13147

WHITE - OFFICE COPY          CANARY - BUYERS COPY          PINK - TRUCKER COPY



# MICHAEL FARMS, INC.
## 5089 URBANA–MOOREFIELD ROAD
### URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____ Date _____

Sold to: _____

Address: _____

Phone: _____ Del _X_  Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 126 | White corn | 11 | 1386.00 |
| 105 | Bicolor corn | 11 | 1155.00 |
| 50 | Green corn | 1350 | 675.00 |
| 50 | | | |
| 30 | | 10 | 300.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 3516.00 |

Trucker
Signature _____   Buyer
Signature _____

Bill of Lading

No. _____

WHITE - OFFICE COPY          CANARY - BUYERS COPY          PINK - TRUCKER COPY



# MICHAEL FARMS, INC.

5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase
Order No. _____  Date 3-20  08

Sold to: _Floyd Riley_

Address: _Cinn O_

Phone: _____   Del X  Pickup

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 105 | Whit Corn | 11 — | 1155.00 |
| 70 | Biclor Corn | 11 — | 770.00 |
| 40 | Green Bean | 14 — | 560.00 |
| 30 | Green Onap | 10 — | 300.00 |
| | | | |
| | 7 MT Pallets Exchanged | | |
| | | | |
| | | | 2785.00 |

Trucker
Signature _____

Buyer
Signature _____

Bill of Lading

No. 13333

WHITE - OFFICE COPY        CANARY - BUYERS COPY        PINK - TRUCKER COPY



2



# MICHAEL FARMS, INC.
5089 URBANA–MOOREFIELD ROAD
URBANA, OHIO 43078-9234
PHONE: 937 / 484-3573
FAX: 937 / 484-3720

Purchase Order No. _033863_
_033864_

Date _9-26_ _08_

Sold to: _Flatow Riley_

Address: _Chn      0_

Phone: _____  Del _K_  Pickup _____

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 140 | White corn | 11— | 1540.00 |
| 105 | Bicola corn | 11— | 1155.00 |
| 30 | Green Cassay | 9— | 270.00 |
| 50 | Green Bean | 16— | 800.00 |
| 200 | 10# Unclass | 1.75 | 350.00 |
| 40 | 50 Unclass | 7.40 | 296.00 |
| 60 | Stick Cassay | 7.50 | 450.00 |
| | | | |
| | | | |
| | | | 4861.00 |

PO 033863 / PO 033864 (written vertically in left margin)

Trucker Signature _____

Buyer Signature _Roel_

Bill of Lading

No. _13363_

WHITE - OFFICE COPY      CANARY - BUYERS COPY      PINK - TRUCKER COPY