UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FRESH LOGISTICS, LLC, et al., | CASE NO.: 1:08-CV-00770-KLL |
| Plaintiffs, | |
| vs. | |
| FLATOW-RILEY, INC., et al., | |
| Defendants. | |

### ORDER ON UNOPPOSED COMMON FUND FEE APPLICATION

Before this Court is the Amended/Corrected Motion re: Unopposed Common Fund Fee Application filed by Plaintiffs, Fresh Logistics, LLC, Mass Produce, Inc., Michael Farms, Inc., and Vista Food Exchange, Inc. ("Movants"). Having reviewed the Motion and being fully advised,

**IT IS HEREBY ORDERED:**

1. The Unopposed Common Fund Fee Application is APPROVED.

2. The Clerk of this Court shall release the remaining funds of $12,346.54 from the Registry to Meuers Law Firm, P.L. and close the account.

**IT IS SO ORDERED.**

This 4th day of April, 2011.

Karen L. Litkovitz
United States Magistrate Judge